IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMARIO T. REDMOND,

    Plaintiff,

v.

Case No. 20-cv-553-jdp

ANN YORK, C.O. BARZEK, LT. MITCHELL,
LT. STANIC, J. MELI, and C.O. GROVER,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 12/22/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |